

FILED
CLERK, U.S. DISTRICT COURT

DEC -7 2018

CENTRAL DISTRICT OF CA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                                    **PLAINTIFF**

v.

Josue Camacho,

                         **DEFENDANT(S).**

CASE NUMBER

18 CR 649

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT**

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _Dec. 11_ , _2018_ , at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Eick_ , in Courtroom _750_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

                   *(Other custodial officer)*

Dated: _12/7/18_

                                 U.S. District Judge/Magistrate Judge